UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CURSTONE ALFRED #354224** | **CASE NO. 6:19-CV-00872 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **PAUL SCOTT, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 21st day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE